AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF LOUISIANA

ALPHA RASHID MSHIHIRI
Petitioner

v.

Case No. _____
(Supplied by Clerk of Court)

WARDEN OF FCI OAKDALE
Respondent
(name of warden or authorized person having custody of petitioner)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
### Personal Information

1.  (a) Your full name: ALPHA RASHID MSHIHIRI
    (b) Other names you have used: NONE
2.  Place of confinement:
    (a) Name of institution: FCI OAKDALE
    (b) Address: _____
    (c) Your identification number: 17227-041
3.  Are you currently being held on orders by:
    ☒ Federal authorities   ☐ State authorities   ☐ Other - explain:

4.  Are you currently:
    ☐ A pretrial detainee (waiting for trial on criminal charges)
    ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
    If you are currently serving a sentence, provide:
    (a) Name and location of court that sentenced you: DISTRICT COURT OF MINNESOTA
    (b) Docket number of criminal case: 13-184-DSD-JJK
    (c) Date of sentencing:
    ☐ Being held on an immigration charge
    ☐ Other (explain):

### Decision or Action You Are Challenging

5.  What are you challenging in this petition:
    ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☒ Other *(explain)*: Administration of Home Confinement due to COVID-19 by BOP/warden

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: BOP
   (b) Docket number, case number, or opinion number: 
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: The request for home confinement was denied without any specific reasons provided to me.
   (d) Date of the decision or action: April 19, 2020 but learned about in May.

### Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☒ Yes        ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: I appeal to the regional office
       (2) Date of filing: June 8, 2020
       (3) Docket number, case number, or opinion number: 
       (4) Result: 
       (5) Date of result: 
       (6) Issues raised: 

   (b) If you answered "No," explain why you did not appeal: I did not appeal further because any further attempts are fatal, since COVID-19 continue to cause havoc, and secretely BOP believe they are not in a business of releasing inmates but the court does.

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes        ☒ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court: _____
        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

    (b) If you answered "No," explain why you did not file a second appeal: It is well known matter that central office always affirm the Warden decision and in this case BOP believe this is the matter of the court as much

9. **Third appeal**
After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes      ☐ No
    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court: _____
        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

    (b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**
In this petition, are you challenging the validity of your conviction or sentence as imposed?
☐ Yes      ☒ No
If "Yes," answer the following:
    (a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
        ☐ Yes      ☐ No


AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☒ Yes  ☐ No

If "Yes," provide:
(1) Name of court: Eighth Court of appeals
(2) Case number: 20-1934
(3) Date of filing: April 29, 2020
(4) Result: Pending
(5) Date of result:
(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: The issue in question can not be challenged through a 2255 motion because of the jurisdiction reasons.

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes  ☒ No

If "Yes," provide:
(a) Date you were taken into immigration custody:
(b) Date of the removal or reinstatement order:
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes  ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

 

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes            ☒ No
If "Yes," provide:
(1) Name of court:
(2) Date of filing:
(3) Case number:
(4) Result:
(5) Date of result:
(6) Issues raised:

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes            ☒ No
If "Yes," provide:
(a) Kind of petition, motion, or application:
(b) Name of the authority, agency, or court:

(c) Date of filing:
(d) Docket number, case number, or opinion number:
(e) Result:
(f) Date of result:
(g) Issues raised:

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Denial of ~~confi~~ Home Confinement by the Warden

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
On March 26, 2020 ~~bon~~ the president signed CARES Act into law. As part of the law it authorized Attorney General to designate vulnerable inmates for home confinement due to COVID-19. Accordingly A.G. Barr on March 26, 2020 wrote a memo to the Director of

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes   ☐ No

**GROUND TWO:** NA

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes   ☐ No

**GROUND THREE:** NA

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes   ☐ No

GROUND ONE

of BOP to review inmates who will qualify for home confinement based on specific criterias. Then on April 2, 2020 A.G. Barr issued an order to the same effect of the earlier memo. Again in the order A.G. Barr restated the same criteria and among them he stated that non-citizen who ~~have committed immigration related offense or is custody for such~~ are in custody for immigration related offenses does not qualify under the order. In other words, non-citizen who are not in custody for none immigration related offenses provided they meet other criteria do qualify.

Under the order, including the more restrictive version by BOP still places me as qualified isdindual. First on January 30, 2018 I was ~~diagnosed~~ assessed ~~to have~~ of hypertension and prescribed HydroChlorothiazide which I am still taking along with Ibsoprofene. According to CDC people who have hypertension are at higher risk of contracting serious illness due to cuvi6. and immuno compromised condition. A person can have immuno compromised condition based on prolonged use of corticosteroids and other immune weakening medications. This means a prolonged consumption of Hydrochlorothiazide can ~~have of~~ easily compromise your immune defense, further highten the risk of serious illness.

At minimum with just hypertension I do meet the CDC guidelines of a vulnerable people, while immune compromise condition ~~coupled with being obese based on having BMI of 28 and high cholesterol~~ add to the factors. Studies and CDC

[1]

GROUND ONE: cont...

findings have demonstrated that people of colors have been disproportionately affected by COVID-19 then the whites. In some states like Louisiana it showed people of color makes about 13% of the population, but represents about 56% of the death, mainly because of underlining conditions like high bl hypertension and diabates. This means based on A.G. Barr memo and the order, coupled with CDC guideline I do met the requirements of vulnerable individual.

Then per other requirements, I do posses the lowest Pattern Score by BOP own records, I have never had an incident report against me for over six years. I do not have any detainer against me which further support my qualification. As far as being a non-citizen the A.G. Barr's memo clearly states that those who are in custody for or under immigration related offenses does not qualify. The court records as it relates to my case shows that my crime of conviction are financial related and not immigration. Hence, I do qualify under the law especially when you consider that I have served more then 50% of my sentence.

Lastly is the matter of re-entry plan. Again upon my release I will be rejoining my wife and children in Delano, Minnesota. I have pro-

[2]

GROUND ONE: Cont...

Video BOP of my address as 1466 St. Peters Drive and while in home confinement if allowed to work, will be joining my wife in one of her business. Otherwise I am well qualified to find a job as a business analyst, a professional that is in high demand, to this day, and was not part of my criminal charges. Up through my custody I maintained a reasonable employment where I consulted for DOJ on Countrywide Settlement and consulted with Office of Currency Comptroller (OCC), along with Veteran Affairs Department. In both contract and many, I carried my responsibility with integrity and ethically as well as none compromising manner.

Before my custody, I was out on a bond and stayed free from any criminal conducts for over six years. Hence I posed no threat to the society and as far as my health care plan, my wife plans to enroll me on her health care plan. Thus upon my release my primary care will be Park Nicolet Clinic over at Minnetonka in Minnesota. There are a number of other inmates who possess partial qualities as mine but due to the color of their skin, and some social and political status privalleged them to qualify for home confinement. Institutional racism and excess overreach continues to deny someone like me simple benefits that others are afforded simply due

[3]

GROUND ONE: Cont...

to the color of their skin. An example BOP recently released Mannafort, an associate of the president without meeting similar qualifications as mine. More importantly I am currently house in a complex that has been classified as hotzone by A.G. Barr's memo. In this complex alone there are about a dozen inmates who have passed away of COVID-19.

It is true that BOP is trying, but that in itself is not enough when you consider about 168 inmates crowded together in a unit. A unit with only ten showers, six public phones and four computers make the space a hotbed for the virus. Then the disinfect like chlorox is not allowed for inmates to possess, further compromise the effort of sanitizing the place. CDC recomends regular sanitization of such places, something that has not happened.

Despite allowing half of unit out of the general area in a unit, still they only clean those areas in between and in rare occassions. We use showers that are not regularly sanitized with chorox, water dispensers that are not regularly cleaned and other surfaces alike. Actually stores and transit vehicles in NY are regularly cleaned than most of what is happening here in the unit and there is a video surviallance to prove it. The law requires that all people be treated equally, unfortunately despite doing all is expected of me yet it seems like the

[4]

color of my skin is used against me. In fact there is nothing I can do against where I was born or the color of my skin to render institutional level racism and excess overreach against a person of color mute.

In this instance only this court has the power of remedy the issue in question by ordering BOP to designate me for home confinement, consistent with the spirit of the CARES Act and subsequent memo as well as order to BOP director by A.G. Barr. Imagine being in a position where death or serious illness is imminent, and you do qualify for a relief but the very person who is authorized to relieve you continues to disregard you plea. As it was for George Floyd when he cried for a relief to breathe, I am crying loud before this honorable court to look beyond the color of my skin or place of my birth because none of them are conditions for my qualification. Absence such relief by the court, it is iminent that covid will cause havoc in my lungs and make it impossible to breathe. Please have mercy in me, because I have no other viable avenue to pursue and my children would love to have their father just like the children of many whites inmates who have been designated for home confinement. Please allow me to breathe a little longer to see my children grow by designating me for home confinement.!

[5]

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** NA

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes  ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

## Request for Relief

15. State exactly what you want the court to do: I do pray that this honorable court grant my request and order BOP and or the warden for the acting Warden to immediately release me for home confinement. ~~If the law allows~~ otherwise whatever the court deem appropriate under the circumstances.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: ~~June 9, 2020~~ June 9, 2020

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: June 9, 2020

_Signature of Petitioner_

_Signature of Attorney or other authorized person, if any_

Page 9 of 9

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUN 15 2020

TONY R. MOORE, CLERK
BY: _____ MO
    DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN, DISTRICT OF LOUISIANA
_____ DIVISION

Alpha R. Mshibin  17227-041                              Sec.P.
**Petitioner's Name and Number**          **Civil Action Number**

                                          _____
                                          **Judge**

VS.

                                          _____
                                          **Magistrate Judge**

Warden at FCI Oakdale
**Name of Respondent**

### APPLICATION FOR FEDERAL WRIT OF HABEAS CORPUS
### UNDER 28 U.S.C. §2241

1. Present place of confinement  FCI Oakdale

2. Indicate the basis for your petition and complete the portions of the application form indicated:

   a. _____ A conviction.
   b. _____ A sentence. CAUTION: If you are attacking a sentence imposed under a federal judgment, you must first file a direct motion under 28 U.S.C. §2255 in the federal court which entered the judgment.
   c. _____ Prison discipline.
   d. _____ A parole problem.
   e. _____ A detainer placed by the State of _____.
   f. _____ A deportation order or detainer placed by the Immigration & Naturalization Service.
   g. _____ Continued detention in the custody of the Immigration & Naturalization Service.
   h. ✓ Other  Denial of home confinement

3. **PERSONS CHALLENGING A FEDERAL CONVICTION OR SENTENCE COMPLETE THIS PART.**

   a. Name and location of court which entered judgment of conviction and the sentence you are currently serving and which is currently under attack. _____

   b. Date of judgment of conviction.  December 4, 2014

c. Length of sentence imposed. _____

d. Name of sentencing judge. _____

e. Nature of the offense(s) for which you were convicted (list all counts). _____
   _____
   _____

f. What was your plea?
   _____ Guilty
   _____ Not Guilty
   _____ Nolo Contendere

   If you entered a GUILTY plea to one count or indictment and a NOT GUILTY plea to another count or indictment, give details. _____
   _____
   _____
   _____

g. Type of trial.
   _____ Jury
   _____ Judge Only

h. Did you testify at trial?
   _____ Yes
   _____ No

i. Did you appeal from the judgment of conviction?
   _____ Yes
   _____ No

j. If you did appeal, answer the following:
   1. Name of court. _____
   2. Result of appeal. _____

   3. Date of result. _____
   4. Grounds raised on appeal. _____
   _____
   _____

k. Other than a direct appeal from the judgment of conviction and sentence, have you filed any other petitions, applications or motions withrespect to this judgment in any court, state or federal?

3

Give only factual information.

GROUND ONE __Denial of Home detention__

SUPPORTING FACTS __It is clear that my denial is contrary to the law and hence unconstitutional__

GROUND TWO _____

SUPPORTING FACTS _____

GROUND THREE _____

SUPPORTING FACTS _____

GROUND FOUR _____

SUPPORTING FACTS _____

__6-9-2020__  __[signature]__
**Date**    **Signature of Petitioner**

6